IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL E. KEPLER, United States Trustee,

      Plaintiff-Appellee,

v.

EARL ARTHUR EICHLINE, and EARL A. EICHLINE REVOCABLE TRUST dated April 22, 2009, and any amendments thereto, by its Trustee, Earl Arthur Eichline,

      Defendant-Appellants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-113-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the bankruptcy court's decision is REVERSED and the case is REMANDED to the bankruptcy court.

_____         8/20/13
Peter Oppeneer, Clerk of Court        Date