IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL E. KEPLER,
United States Trustee,

       JUDGMENT IN A CIVIL CASE

    Plaintiff-Appellee,

       Case No. 12-cv-113-wmc

v.

EARL A. EICHLINE and EARL A.
EICHLINE REVOCABLE TRUST,

    Defendants-Appellants.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting plaintiff-appellee Michael E. Kepler's motion to alter or amend the judgment as follows:

    1) The transfer of Earl's right to have the Property conveyed to him is an avoidable transaction pursuant to 11 U.S.C. § 549 ;

    2) For the benefit of the bankruptcy estate, the trustee shall recover that right and the Property may be recovered from the Trust pursuant to 11 U.S.C. § 550 ;

    3) This remedy is also consistent with the bankruptcy court's equitable powers pursuant to 11 U.S.C. § 105 (a) ; and

    4) Affirming the bankruptcy court's decision in all other respects.

| s/V. Olmo, Deputy Clerk | 9/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |